### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| BRENDA KENNEDY, individually and on behalf of others similarly situated | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 2:11CV00131 SWW |
| UNITED AMERICAN INSURANCE COMPANY | * * * | |
| Defendant | * | |

### ORDER

Before the Court is Plaintiff's unopposed stipulation of dismissal as to Counts I, III, IV, V, VI, and VII set forth in the complaint.   Plaintiff reports that the parties agree that the unopposed stipulation renders moot Defendant's motion to dismiss.

IT IS THEREFORE ORDERED that Plaintiff's claims set forth in Counts I, III, IV, V, VI, and VII of the complaint are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant's motion to dismiss (docket entry #8) is DENIED AS MOOT.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE