IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| BRENDA KENNEDY, individually and on behalf of others similarly situated | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 2:11CV00131 SWW |
| UNITED AMERICAN INSURANCE COMPANY | * * * | |
| Defendant | * | |

## ORDER

The parties have filed a stipulation of dismissal (ECF No. 63), reporting that all remaining issues in this case have been resolved by agreement and requesting that the action be dismissed with prejudice.  IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE pursuant to the parties' agreement.

IT IS SO ORDERED THIS 24th  DAY OF SEPTEMBER, 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE